Submitted on remand from the Oregon Supreme Court March 12, appeal dismissed
May 15, 1991

## STATE OF OREGON,
*Appellant,*

*v.*

## LYLE LAVERNE TAYLOR,
*Respondent.*

(89-WL-6019; CA A61736)

810 P2d 414

Michael C. Livingston, Assistant Attorney General, Salem, filed the brief for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

No appearance for respondent.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Appeal dismissed. *State v. Carrillo,* 311 Or 61, 804 P2d 1161 (1990).